PROB 22  
(Rev. 2/88)

CASE NUMBER *(Tran. Court)*  
2:14CR00103-001

# TRANSFER OF JURISDICTION

CASE NUMBER *(Rec. Court)*  
Case No. 19-80009-TP-Middlebrooks

| | |
|---|---|
| NAME AND ADDRESS OF SUPERVISED RELEASEE: Moshe Yehuda Dunoff | DISTRICT: Eastern District of Pennsylvania — DIVISION: Probation |
| | NAME OF SENTENCING JUDGE: The Honorable Jan E. DuBois |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 10/26/18 TO 10/25/19 |

FILED BY ___TM___ D.C.  
Feb 21, 2019  
ANGELA E. NOBLE  
CLERK U.S. DIST. CT.  
S. D. OF FLA. - West Palm Beach

OFFENSE

Conspiracy (Count One); wire fraud, aiding and abetting (Counts Two, Four and 11); engaging in monetary transaction in the proceeds of fraud, aiding and abetting (Counts 16 and 20); and securities fraud, aiding and abetting (Count 22)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/14/19  
*Date*

Jan E. DuBois  
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern District of Florida

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/20/19  
*Effective Date*

*United States District Judge*  
KENNETH A. MARRA

RECEIVED  
FEB 15 2019  
U.S. Probation Office  
Eastern District of PA